DEPARTMENT OF THE CORPORATION COUNSEL  205

| | |
|---|---|
| MOANA M. LUTEY | 6385 |
| Corporation Counsel | |
| RICHELLE K. KAWASAKI | 6400 |
| Deputy Corporation Counsel | |

County of Maui
200 South High Street
Wailuku, Maui, Hawaii  96793
Telephone No.: (808) 270-7741
Facsimile No.: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
E-mail: richelle.kawasaki@co.maui.hi.us

Attorneys for Defendants
 COUNTY OF MAUI, MAUI COUNTY COUNCIL,
 MAYOR MICHAEL VICTORINO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DONALD S. GUZMAN<br><br>         Plaintiff,<br><br>    vs.<br><br>COUNTY OF MAUI; MAUI COUNTY COUNCIL; MAYOR MICHAEL VICTORINO, in his official capacity<br>         Defendants. | CIVIL NO. 21-00202 DKW-RT<br><br>CERTIFICATE OF SERVICE RE: DEFENDANTS COUNTY OF MAUI, MAUI COUNTY COUNCIL AND MAYOR MICHAEL VICTORINO'S OFFER OF JUDGMENT |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of DEFENDANTS COUNTY OF MAUI, MAUI COUNTY COUNCIL AND MAYOR MICHAEL VICTORINO'S OFFER OF JUDGMENT was duly served upon the following at their last known address, by

depositing same via Certified Mail, Return Receipt requested, postage prepaid on the date below:

    Roman Amaguin, Esq.                        roman@amaguinlaw.com
    345 Queen Street, Suite 504
    Honolulu, Hawaii  96813

    Megan K. Kau, Esq.                           mk@megkaulaw.com
    MK Law LLC
    820 Mililani Street, Suite 701
    Honolulu, Hawaii  96813

    Attorneys for Plaintiff
    DONALD S. GUZMAN

DATED:  Wailuku, Maui, Hawaii, October 7, 2022.

                                        MOANA M. LUTEY
                                        Corporation Counsel
                                        Attorneys for County Defendants

                                        By /s/ Moana M. Lutey
                                            MOANA M. LUTEY
                                          Corporation Counsel