MK LAW LLC
Megan K. Kau 8078
Audrey Stanley 9214
820 Mililani Street, Suite 701
Honolulu, Hawai`i 96813
Telephone:  (808) 864-8896
Email:	mk@megkaulaw.com
	as@megkaulaw.com

Attorneys for Plaintiff
Donald S. Guzman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| DONALD S. GUZMAN,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>COUNTY OF MAUI; MAUI COUNTY COUNCIL; MAYOR MICHAEL VICTORINO, in his Official Capacity,<br><br>　　　　　Defendants. | Civil No. 21-00202 DKW-RT<br><br>STIPULATION RE LODESTAR, NONTAXABLE EXPENSES, AND BRIEFING RE FEE MOTION; CERTIFICATE OF SERVICE<br><br>Trial Week: November 28, 2022<br>Verdict: December 21, 2022 |
|---|---|

### STIPULATION RE LODESTAR, NONTAXABLE EXPENSES, AND <u>BRIEFING RE FEE MOTION</u>

Plaintiff Donald Guzman and Defendants County of Maui, Maui County Council, and Mayor Michael Victorino, by and through undersigned counsel, hereby enter the following stipulation.

The parties have been diligently meeting, conferring, and exchanging information as required by LR 54.2.

The parties stipulate and agree that the lodestar calculation in this case is $119,630.84.

The parties stipulate and agree that the lodestar figure consists of the time reasonably expended on this matter at a reasonable hourly rate.

The parties stipulate and agree that expenses should be awarded in an amount of $136.42.

The parties stipulate and agree that the only remaining dispute is whether the lodestar calculation should be reduced based on the *Kerr v. Screen Extras Guild, Inc.*[1] factors that have not been subsumed in the lodestar calculation.

The parties stipulate and agree that the *Kerr* factors that have been subsumed in the lodestar figure are: the time and labor required, the novelty and difficulty of the questions involved, the skill requisite to perform the legal service properly, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, and the experience, reputation and ability of the attorneys. These are factors (1)-(3), (6), (7), and (9) identified in *Kerr*.

---

[1] *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975).

The parties stipulate and agree that the fee motion and related briefing will address whether the lodestar should be reduced based on the remaining factors that have not been subsumed in the lodestar calculation.

DATED:   Honolulu, Hawai`i, January 31, 2023.

       /s/Audrey Stanley
Megan K. Kau
Audrey Stanley
Attorney for Plaintiff
Donald Guzman

       /s/ Bradley Sova
Bradley Sova
Attorney for Defendants
County of Maui, Maui County Council,
Mayor Michael Victorino

APPROVED AND SO ORDERED.

DATED:  Honolulu, Hawaii, January 31, 2023.



Rom A. Trader
United States Magistrate Judge

---

Civ. No. 21-00202 DKW-RT; *Guzman v. County of Maui, et al.*; Stipulation re Lodestar, Nontaxable Expenses, and Briefing re Fee Motion

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DONALD S. GUZMAN,<br><br>        Plaintiff,<br>vs.<br><br>COUNTY OF MAUI; MAUI COUNTY COUNCIL; MAYOR MICHAEL VICTORINO, in his official capacity,<br><br>        Defendants. | Civil No. 21-00202 DKW-RT<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following parties by the method indicated below.

| | |
|---|---|
| Roman F. Amaguin<br>Law Office of Roman Amaguin<br>345 Queen Street, Ste 504<br>Honolulu, Hawai`i 96813<br>    Attorney for Plaintiff<br>    Donald S. Guzman | Via CM/ECF |
| Bradley Sova<br>Department of the Corporation Counsel Maui<br>200 S High Street<br>Wailuku, Hawai`i 96793<br>    Attorney for Defendants<br>    County of Maui; Maui County Council;<br>    and Mayor Michael Victorino in his<br>    Official Capacity | Via CM/ECF |

5

DATED:  Honolulu, Hawai`i, January 31, 2023.

      /s/ *Audrey Stanley*
Megan K. Kau
Audrey Stanley
Attorneys for Plaintiff
Donald S. Guzman