IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DONALD S. GUZMAN , | ) | CV 21-00202 DKW-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF MAUI; MAUI COUNTY COUNCIL; MAYOR MICHAEL VICTORINO, in his official capacity , | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING FINDINGS AND RECOMMENDATION
TO GRANT IN PART AND DENY IN PART PLAINTIFF'S
MOTION FOR ATTORNEYS' FEES, NONTAXABLE EXPENSES,
AND POST JUDGMENT INTEREST

Findings and Recommendation having been filed and served on all parties on August 01, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for

Attorneys' Fees, Nontaxable Expenses, and Post Judgment Interest", ECF No. 148, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: August 23, 2023 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

Donald S. Guzman v. County of Maui, et al; Civil No. 21-00202 DKW-RT; **ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, NONTAXABLE EXPENSES, AND POST JUDGMENT INTEREST**